# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| DONALD W. HUNT, JR. ) | 1:20-mj-0759 |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 31, 2020__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit (incorporated herein by reference).

☑ Continued on the attached sheet.

/s/ Joshua Shaughnessy
*Complainant's signature*

Joshua Shaughnessy, ATF Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ (*reliable electronic means*).

Date: September 1, 2020

City and state: Indianapolis, Indiana

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT**

1. I, Joshua Shaughnessy, am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since 2014. I am currently assigned to the ATF Indianapolis field office in the Indianapolis Crime Gun Intelligence Center. My primary responsibility is investigating violations of federal firearms laws. I am also a Sergeant with the Indianapolis Metropolitan Police Department (IMPD), where I have worked since 2001.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This Affidavit is submitted in support of a criminal complaint charging Donald W. HUNT, Jr. (HUNT), DOB XX/XX/1995, with possession of firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

4. Federal Conviction of HUNT. On or about March 20, 2018, HUNT pleaded guilty to one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). (*See United States v. Hunt*, Cause No. 1:17-cr-00155 (S.D. Ind.), Dkt. 36: Minutes.). On that same date, he was sentenced to a term of imprisonment of 36 months followed by a term of three years' supervised release. (*United States v. Hunt*, Cause No. 1:17-cr-00155 (S.D. Ind.), Dkt. 38: Judgment.).

5. Recovery of Firearm and Arrest of HUNT. On August 31, 2020, law enforcement officers were conducting surveillance related to HUNT in the area 5780 Renn Lane, Indianapolis, Indiana. Investigators had observed recent photographs of HUNT holding firearms

which appeared to have been posted by HUNT on his social media account(s). While conducting surveillance, investigators observed HUNT exit the passenger side of a vehicle and get into the passenger seat of another vehicle parked in an apartment complex. HUNT was in the passenger side of the second vehicle for a few minutes before he exited and returned to the first vehicle.

6. As HUNT exited and walked to the original vehicle, investigators observed a bulge on the right side of HUNT's shorts. Further, HUNT appeared to secure the item inside of his shorts to prevent it from falling out. Based on their training and experience as law enforcement officers, the officers recognized this behavior as consistent with a person carrying a firearm illegally and/or without a holster. Investigators relayed this information to assisting officers, including the suspicion that HUNT was likely in possession of a firearm based on observed actions and behavior.

7. The vehicle, with HUNT in the passenger seat and another male driving, began to drive toward the exit of the apartment complex onto Moller Road. As the vehicle exited the complex, the driver failed to signal its southbound turn as required by Indiana statute. Based on the above circumstances, assisting officers driving a marked IMPD patrol vehicle attempted to initiate a traffic stop in the area of Moller Road and W. Pike Plaza Road. At first, the vehicle pulled over and appeared to comply. The officer instructed the driver to turn the car off and occupants to roll down the windows. The occupants failed to obey these commands, however, and the vehicle then fled from the traffic stop at a high rate of speed.

8. The driver led IMPD officers on a high speed pursuit for approximately four to five minutes until crashing into two vehicles near High School Road and 46th Street. When the vehicle came to a stop, both the driver and HUNT fled on foot from the vehicle. Separately, IMPD officers pursued each subject on foot. The driver was apprehended shortly thereafter.

9. IMPD Officer Jered Hidlebaugh began to chase HUNT on foot as he fled northbound from the vehicle and into the backyard of 4607 Hawkeye Court. As Officer Hidlebaugh and HUNT entered the backyard, HUNT began to grasp at the front right side of his waistband with his right hand. Officer Hidlebaugh observed HUNT's right arm begin to raise from his waistband as HUNT began to slightly turn toward Officer Hidlebaugh while running. During this time, Officer Hidlebaugh was nearly within arm's reach of HUNT.

10. Officer Hidlebaugh observed a black Glock firearm in HUNT's right hand. Officer Hidlebaugh saw HUNT then drop the firearm which fell to the ground in the backyard of 4607 Hawkeye Court. HUNT continued to run north through the backyard with Officer Hidlebaugh continuing to pursue on foot.

11. Officer Hidlebaugh alerted other officers that HUNT had dropped a firearm in the backyard and continued to chase HUNT. A short time later, the firearm was located by officers, photographed, recovered by an ATF gun liaison, and processed for fingerprints and/or DNA.

12. HUNT continued to run northbound through backyards of private residences, westbound toward and across the 4600-block of N. High School Rd., until his evasion was stopped by a large metal security fence. HUNT was then taken into custody by IMPD officers on the west side of the 4600-block of N. High School Rd.

13. <u>Examination of Firearm</u>. The firearm dropped by HUNT and recovered by IMPD is more particularly described as a Glock, model 48, 9mm semiautomatic pistol, serial number AEAD109. Based on my training and experience and that of my ATF colleagues, I believe this firearm is a "firearm" as defined in 18 U.S.C. § 921, and was manufactured outside of the State of Indiana.

14. All of the above-described events occurred in the Southern District of Indiana.

**Conclusion**

15. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that on or about August 31, 2020, in the Southern District of Indiana, Donald W. HUNT, Jr., knowingly possessed a firearm in violation of Title 18, United States Code, Section 922(g)(1).

/s/ *Joshua Shaughnessy*
Joshua Shaughnessy, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone.

Dated: September 1, 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana